**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  11-cv-02316-LTB-BNB

BETSY SIBILA,

        Plaintiff,

v.

MATHESON TRI-GAS, INC.,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal With Prejudice (Doc 14 - filed January 25, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:   January 27, 2012